IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**URAIN ROBINSON,**

Petitioner,

v.

Civil Action No. **3:11CV707**

**UNITED STATES OF AMERICA,**

Respondent.

### FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1.    Robinson's Objections (ECF No. 19) are OVERRULED;

2.    The Report and Recommendation is ACCEPTED and ADOPTED;

3.    Robinson's request to proceed *in forma pauperis* (ECF No. 4) is GRANTED; and,

3.    The action is DISMISSED FOR WANT OF JURISDICTION.

Should Robinson desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof.  Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Robinson.

And it is so ORDERED.

Date: 9-3-13
Richmond, Virginia

_____/s/_____
James R. Spencer
United States District Judge